**Order entered January 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01141-CR
No. 05-17-01142-CR

**GEORGE EDWARD PURDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-33144-S, F07-33145-S**

## ORDER

Before the Court is appellant's January 10, 2018 first unopposed motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE